IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:  KENNETH LEROY SCHAUDA )
) Case no.  06-11161
) Chapter  13
)



FILED
AT WICHITA, KS
AUG 20 2009
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

## TRUSTEE'S REPORT TO COURT
## OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| 02 | QUIK CASH | 24.69 |

The case has been completed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 337626, in the amount of $ 24.69, payable to the Clerk of the Bankruptcy Court.

LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

---

UNITED STATES
BANKRUPTCY CT-KANSAS

Wichita Division

# 00126226 - WV
August 20, 2009    0

Code    Case #    Qty    Amount

SMALL DI 06-11161          24.69 CH
   Debtor - schauda

TOTAL#    24.69

FROM: LAURIE B. WILLIAMS
      225 N MARKET STE 310
      WICHITA KS67202